IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER M. COLLIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WEST INTERACTIVE CORPORATION, Inc., a Delaware corporation;<br><br>Defendant. | 8:18CV133<br><br>ORDER |

IT IS ORDERED that the final progression order, at Filing No. 9, is amended as follows:

1) The jury trial of this case is set to commence before Laurie Smith Camp, Chief United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **September 17, 2019**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

Dated this 8th day of November, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge