IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER M. COLLIS, an individual;<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WEST INTERACTIVE CORPORATION, Inc., a Delaware corporation;<br><br>　　　　　　　Defendant. | 8:18CV133<br><br><br>**ORDER** |

　　　IT IS ORDERED that the final progression order at Filing No. 9 is AMENDED as follows:

1) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 3, 2019** at **2:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 30, 2019.

2) The deposition deadline is May 15, 2019.

3) The deadline for filing motions to dismiss and motions for summary judgment is June 10, 2019.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge